Filed: 6/8/2015 1:07:17 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 5582618
By: Sara Redmond
6/8/2015 1:19:37 PM

NO. 07FD2827

| IN THE INTEREST OF | § | IN THE COUNTY COURT AT LAW |
|---|---|---|
| | § | |
| KERISSA TOUCHSTONE AND | § | NUMBER TWO |
| RICHARD DALE TOUCHSTONE | § | |
| | § | |
| CHILDREN | § | GALVESTON COUNTY, TEXAS |

## RESPONDENT'S AFFIDAVIT OF INABILITY TO PAY COSTS OF APPEAL

| STATE OF TEXAS | § |
|---|---|
| GALVESTON COUNTY | § |

Before me, the undersigned notary, on this day personally appeared Elisa Marie Moreno, a person whose identity is known to me. After I administered an oath to her, upon her oath she said the following:

1.      "My name is Elisa Marie Moreno, and I am the Respondent in this case. I am of sound mind and capable of making this affidavit. The facts stated within this affidavit are within my personal knowledge and are true and correct.

2.      "On March 10, 2015, the trial court signed a final Order in favor of Petitioner and against me in Cause Number 07FD2827. After a timely Motion for New Trial was filed by the Attorney General's Office, the Court signed an Order Modifying the Judgment on May 15, 2015. I intend to appeal the court's final judgment to the 1st or 14th Court of Appeals in Houston.

3.      "The estimated cost of the reporter's record is $522.50. I am unsure of the cost of the clerk's record.

4.      "I am unable to pay any of the court costs of the appeal.

5.      "I have been unemployed since February 1, 2015. I collect unemployment income of $251 weekly. I have no other income from any other source. *See exhibit 1 and incorporate by reference.*

6        "I do not have a spouse.

7        "I have four (4) dependents, who are my children and who I am obligated to support. Two of them live with me, Eleazar Pena who is 17 and Joshua Pena who is 15. Two of them, Kerissa and Richard Touchstone, I am obligated to support per this Court's order at $384 monthly plus an additional $50 monthly in medical support.

8.      "I do not own any real or personal property.

9.      "I have no cash and no money on deposit.

10.      "I do own a vehicle, a 1997 Chevy Lumina, which is worth about $500. I have no other assets.

11.      "My monthly expenses are: approximately $2000, and that includes $500 monthly rent, $400 in food and supplies, $300 in utilities and telephone, $100 in clothing and laundry, $80 car insurance, $150 in gas and repairs, plus the $384 and $50 ordered by this Court for Child support. My total monthly income is only $1132, and that includes the food stamps.

12.     "I am not able to obtain a loan to pay for the costs of the appeal as I have already reached my maximum limit for borrowing from all known sources including friends and family.

13.     "I am represented by legal counsel, who is providing services to me for free on this appeal, but she cannot or will not pay the costs of the appeal.

14.     "I am currently receiving public benefits, including Food Stamps and CHIP.  I receive $45 monthly in food stamps.  *See exhibits 2 and 3, attached and incorporate by reference.*

15.     "I have neither the access to the equipment necessary nor the skill necessary to prepare the appendix.

16.     "Further affiant sayeth not."

_Elisa M. Moreno_
ELISA MARIE MORENO

Sworn to and Subscribed before me by Elisa Marie Moreno on June 8, 2015.

_Stephanie E Conti_
Notary Public in and for
The State of Texas

STEPHANIE E. CONTI
Notary Public
STATE OF TEXAS
My Comm. Exp. 02-20-2016

## CERTIFICATE OF SERVICE

I certify that true a copy of the above was served on each attorney of record or party by a method permitted by Rule 21a of the Texas Rules of Civil Procedure on June 8, 2015

_Julia C. Hatcher_
JULIA C. HATCHER

2

*Exhibit 1*



# Statement of Wages and Potential Benefit Amounts

**Regular Unemployment Benefits:**
**Date Mailed:** February 5, 2015
(All dates are in month/day/year order)

ELISA M MORENO
14804 GAMBLE RD
SANTA FE TX 77517-3166

Social Security Number:    XXX-XX-7070

Dear    ELISA M MORENO

Check **your** records!  TWC has the wages below on file for you for the four quarters of your base period.  We use your base period wages to figure out whether you earned enough money to qualify for unemployment insurance benefits and how much you could receive if you are eligible.  After TWC looks at whether you earned enough money to qualify, TWC looks at the reason you are no longer working to decide whether you can receive benefits.  **Remember, even if you earned enough wages, TWC pays benefits only if you meet the weekly requirements.**

Please check the wage information carefully.  If the employer name or the wage amount is incorrect, or if an employer you worked for is missing, please contact a TWC Tele-Center immediately.  More information about correcting your wages is on the back of this form.

**Based on the wages listed in the box below:**

[X]  You earned enough in your base period to receive unemployment benefits, if you are otherwise eligible.

[ ]  You did not earn enough in your base period to qualify for benefits.

| EMPLOYER NAME | ST | YOUR CLAIM IS BASED ON THESE WAGES | | | | TOTALS |
|---|---|---|---|---|---|---|
| | | Oct-Dec 2013 | Jan-Mar 2014 | Apr-Jun 2014 | Jul-Sep 2014 | |
| FLUOR DANIEL SERVICES | TX | 0.00 | 0.00 | 0.00 | 5,803.13 | 5,803.13 |
| FAMILY DOLLAR STORES OF TEXAS LLC | TX | 0.00 | 2,933.44 | 1,361.44 | 0.00 | 4,294.88 |
| SAFWAY SERVICES LLC | TX | 0.00 | 0.00 | 4,914.00 | 0.00 | 4,914.00 |
| **TOTALS** | | $0.00 | $2,933.44 | $6,275.44 | $5,803.13 | $15,012.01 |

\*        You will receive a separate notice explaining why we did not use these wages.

-    The maximum weekly benefit amount in Texas this year is $ __465__ .  Based on the wages above, your weekly benefit amount is $ __251__ .

-    The maximum amount you could receive during your benefit year is $ __4054__ .

-    Your benefit year is the 52 weeks from __02-01-15__ to __01-30-16__ .

-    Keep in mind your benefits may run out before the benefit year ends.

See the back of this page for more information.

| Claim ID.: | 02-01-15 |
|---|---|
| TWC Telephone No.: | (800)939-6631 |

| FOR HEARING IMPAIRED CLIENTS | |
|---|---|
| Relay Texas TDD No.: | 1-800-735-2989 |
| Voice No.: | 1-800-735-2988 |

Exhibit 2

HHSC - MIDLAND
PO BOX 14900
MIDLAND TX  79711-4900



**TEXAS**
Health and Human
Services Commission

Date:     03/23/2015

Case Number:     1010526287

### Need help?

Call 2-1-1 or 1-877-541-7905

If you have a hearing or speech disability,
call 7-1-1 or any relay service.

**All numbers are free to call.**

ELISA MARIE MORENO
14804 GAMBLE RD
SANTA FE TX 77517

# Notice about your case:

## SNAP Food Benefits

**EDG number: 101496605**

| Who gets SNAP Food Benefits | | |
|---|---|---|
| Name | Date | Monthly Amount |
| Eleazar Pena Jr; Joshua Pena; Elisa Marie Moreno | 03/01/2015 - 07/31/2015 | $ 45.00 |
| Elisa Marie Moreno; Joshua Pena; Eleazar Pena Jr | 02/20/2015 - 02/28/2015 | $ 93.00 |

| Who can't get SNAP Food Benefits | |
|---|---|
| Name | Date |
| Richard Dale Touchstone III; Kerissa Renae Touchstone | 02/20/2015 |

Notes:

Kerissa Renae Touchstone can't be part of this benefits case. - (TW A-231, 1 TAC 372.151; 372.152; 372.153; 372.1508, 7 CFR 273.1)

Richard Dale Touchstone III can't be part of this benefits case. - (TW A-231, 1 TAC 372.151; 372.152; 372.153; 372.1508, 7 CFR 273.1)

## Health Care Benefits

3769

Exhibit 3

Form TF0001
August 2014

## Who gets health care benefits

| Name | EDG number | Program | Date |
|---|---|---|---|
| Eleazar Pena Jr | 631863789 | Children's Health Insurance Program (CHIP) | 05/01/2015 - 10/31/2015 |
| Joshua Pena | 631863790 | Children's Health Insurance Program (CHIP) | 05/01/2015 - 10/31/2015 |

## Who can't get health care benefits

| Name | EDG Number | Program | Date |
|---|---|---|---|
| Eleazar Pena Jr | 637885791 | Children's Medicaid | 02/01/2015 |

Reason:

You are not eligible for benefits. - (TW A-2350, 1 TAC 366.215; 366.311; 366.409; 366.511; 366.615; 366.711; 366.811; 366.903, 42 CFR 435.919)
(Joshua Pena, Eleazar Pena Jr) isn't: (1) age 20 or younger, (2) age 65 or older, (3) pregnant, (4) someone with a disability, (5) a dependent child on this case, OR (6) a child who didn't get SSI (Supplemental Security Income) due to the August 1996 change in disability rules. - (TW A-825; A-221B 475.1.2, 1 TAC 366.307; 366.507; 366.611; 366.707; 366.807, 42 CFR 435.301)

3770